NOLAND, HAMERLY, ETIENNE & HOSS
A Professional Corporation
Terrence R. O'Connor  (State Bar No. 88004)
333 Salinas Street
Post Office Box 2510
Salinas, California 93902-2510
Telephone:     (831) 424-1414
Facsimile:      (831) 424-1975
toconnor@nheh.com

Attorneys for Respondent/Appellee KING FRESH PRODUCE, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| M PARK, INC.,<br><br>    Petitioner/Appellant,<br><br>v.<br><br>KING FRESH PRODUCE, LLC,<br><br>    Respondent/Appellee. | Case No. **1:14-cv-00079-AWI-MJS**<br><br>PACA DOCKET NO. W-R-2012-491<br><br>**ORDER GRANTING EXTENSION OF TIME FOR DEFENDANT KING FRESH PRODUCE, LLC TO RESPOND TO COMPLAINT** |

  Based on the Stipulation of the parties, and good cause appearing,

  IT IS HEREBY ORDERED that Defendant King Fresh Produce, LLC, is granted an extension of time to respond to the Complaint up to and including March 3, 2014.

IT IS SO ORDERED.

  Dated:     February 11, 2014          /s/ *Michael J. Seng*
                   UNITED STATES MAGISTRATE JUDGE

# PROOF OF SERVICE

I am a citizen of the United States and a resident of Monterey County. I am over the age of 18 years and not a party to the within entitled action; my business address is: 333 Salinas Street, Post Office Box 2510, Salinas, CA 93902-2510.

On the date below, I served the attached document(s) entitled: **[PROPOSED] ORDER GRANTING EXTENSION OF TIME FOR DEFENDANT KING FRESH PRODUCE, LLC TO RESPOND TO COMPLAINT**, on the following named person(s) in said action at:

Steve E. Shapiro, Esq.
Paul Park, Esq.
Kim, Shapiro, Park & Lee
3435 Wilshire Blvd., Ste. 2050
Los Angeles, CA 90010

☐ by personal service on the above-named person(s) at the above stated address(es).

☒ by placing said copy(ies) in a sealed envelope(s), postage thereon fully prepaid, and placed for collection and processing for mailing following the business's ordinary practice with which I am readily familiar. On the same day correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service at Salinas, California, addressed as stated above.

☐ by overnight delivery on the above named party(ies) in said action, by placing a true and correct copy thereof enclosed in a sealed envelope in a designated area for outgoing, same-day pickup by _____ at the offices of Noland, Hamerly, Etienne & Hoss for overnight delivery, billed to Noland, Hamerly, Etienne & Hoss, and addressed as set forth above.

☒ by causing to be transmitted a true copy thereof to the above-named registered ECF filers via the court's ECF program, and no failure to deliver message was received.

I declare, under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on February 10, 2014, at Salinas, California.

Charlena Nossett