STEVE E. SHAPIRO, ESQ. (SBN 152659)
sshapiro@kspllaw.com
PAUL PARK, ESQ. (SBN 144210)
ppark@kspllaw.com
Kim, Shapiro, Park & Lee
A Professional Law Corporation
3435 Wilshire Boulevard, Suite 2050
Los Angeles, CA  90010
Tel: (213) 380-9200
Fax: (213) 380-9302

Attorneys for Petitioner/Appellant,
M PARK, INC.

## DISTRICT COURT OF THE UNITED STATES

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| M PARK, INC.<br><br>          Petitioner/Appellant,<br><br>vs.<br><br>KING FRESH PRODUCE, LLC<br><br>          Respondent/Appellee.<br>_____ | CASE NO.:  1:14-CV-00079-AWI-MJS<br><br>PACA DOCKET NO. W-R-2012-491<br><br>**ORDER GRANTING DISMISSAL OF ACTION IN ITS ENTIRETY** |

Based on the representations of the parties, notices of settlement, and the Court's order issued on February 24, 2014, and recent statement regarding settlement agreement, and good cause appearing,

IT IS HEREBY ORDERED that Petitioner/Appellant's Complaint and related Appeal of Administrative Order are dismissed in their entirety.

IT IS SO ORDERED.

Dated:   March 18, 2014              _____
                                                                SENIOR  DISTRICT  JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**[PROPOSED] ORDER GRANTING DISMISSAL OF ACTION IN ITS ENTIRETY (No. 1:14-CV-00079)**